UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


DeWolf

                v.                Case No. 09-cv-186-PB

Town of Bristol, et al


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #21, Surreply to Reply to Motion in Limine, filed by the defendants

DATE FILED:   May 2, 2011

    The document above fails to comply with: LR 7.1(e) (3), A surreply memorandum will not be permitted without prior leave of the court


    It is herewith ordered that the document is stricken, and must be refiled.


    SO ORDERED.


Date:  April 18, 2011                    /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:  Counsel of Record